## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

_____
)
JAMES CHAMBERLAIN,                      )
                                        )
              *Plaintiff*,              )
                                        )
v.                                      )          Civil Action No. 1:19-cv-00509-PB
                                        )
ALFRED MONTOYA, MD,                     )
DIRECTOR, MANCHESTER                    )
VA MEDICAL CENTER,                      )
                                        )
              *Defendant*.              )

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Alfred Montoya, in his official capacity as Director of the Manchester VA

Medical Center ("Defendant"), files this motion to dismiss the Complaint, ECF No. 1, for lack of

subject-matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1) or, in the alternative, for

failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). In support of this motion

to dismiss, Defendant files the accompanying memorandum.

Date: July 22, 2019                     Respectfully submitted,

                                        JOSEPH H. HUNT
                                        Assistant Attorney General

                                        JAMES M. BURNHAM
                                        Deputy Assistant Attorney General

                                        BRAD P. ROSENBERG
                                        Assistant Branch Director

                                        */s/ Cristen C. Handley*
                                        CRISTEN C. HANDLEY (MO Bar 69114)
                                        Trial Attorney, Federal Programs Branch
                                        U.S. Department of Justice, Civil Division
                                        1100 L Street NW
                                        Washington, DC 20005
                                        Tel: (202) 305-2677

Fax: (202) 616-8460

*Counsel for Defendant*