THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JAMES CHAMBERLAIN, *et al.* | )<br>)<br>) |
| *Plaintiffs*, | )<br>) |
| v. | )   Civil Action No. 1:19-cv-00509-PB<br>) |
| KEVIN FORREST, DIRECTOR,<br>MANCHESTER VA MEDICAL<br>CENTER | )<br>)<br>)<br>) |
| *Defendant*, | )<br>) |
| NORTHEAST POW/MIA<br>NETWORK, *et al.* | )<br>)<br>) |
| *Intervenors*. | ) |

## JOINT MEDIATION STATEMENT

Pursuant to Local Rule 53.1(c)(2), and as discussed in the parties' September 24, 2021 joint status report, ECF No. 46 ¶ 2, the parties respectfully submit the following joint mediation statement.

1. This case presents a First Amendment challenge to the placement of a Bible on a table near the entrance of the Manchester VA Medical Center ("MVAMC") honoring prisoners-of-war and those who have gone missing-in-action while serving our country.

2. The parties have agreed to mediation and jointly request that Magistrate Judge Johnstone serve as the mediator.

3. The parties agree that mediation should occur by December 17, 2021. They further agree that November 30, December 13, 16, or 17 would be acceptable dates, subject to Judge Johnstone's availability or preference. The parties prefer that mediation take place in-person but are amenable to participating remotely if needed.

4. The parties will await instruction from this Court regarding Judge Johnstone's availability to serve as mediator and a schedule for pre-mediation submissions.

Accordingly, the parties respectfully request that this joint mediation statement be approved.

Dated:  October 8, 2021

Respectfully submitted,

By:   BRIAN M. BOYNTON
Acting Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

*/s/Cristen C. Handley*
CRISTEN C. HANDLEY (MO Bar 69114)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street NW
Washington, DC 20005
Tel: (202) 305-2677
Fax: (202) 616-8460

*Counsel for Defendant*

By:   /s/Eric P. Magnuson

Jeremy D. Eggleton (NH Bar 18170)
Orr & Reno, PA
45 S. Main Street
Concord, NH  03301
Phone:  603-223-9022
Email:  jeggleton@orr-reno.com

Liam T. O'Connell*
Eric P. Magnuson*
Nutter, McClennen & Fish, LLP
155 Seaport Boulevard
Boston, MA 02210
Phone:  617-439-2324
Email: emagnuson@nutter.com
Email: loconnell@nutter.com

Michael Berry*
Hiram Sasser*
First Liberty Institute
2001 Plano Parkway, Suite 1600
Plano, TX  75057

- 3 -

                        Phone: 972-941-4444
                        Email: mberry@firstliberty.org
                        Email: hsasser@firstliberty.org

*Counsel for Intervenors*

**Admitted pro hac vice*

By:        /s/Lawrence A. Vogelman
               Lawrence A. Vogelman (NH Bar 10280)
               Shaheen & Gordon
               353 Central Avenue, Suite 200
               PO Box 977
               Dover, NH 03821
               Phone: 603-749-5000
               Fax: 603-749-1838
               Email: LVogelman@shaheengordon.com

*Counsel for Plaintiffs*